UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00526-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES VACEK,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    It is

    ORDERED that a Supervised Release Violation Hearing is set for **Tuesday**, **June 18**, **2013**, **at 3:00 p.m. in Courtroom A-1002**.

    Dated: April 5, 2013.